UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE DOUGLAS CARLYLE,

    Plaintiff,

    v.

,

    Defendant.

Case No.  15-cv-01936-JD

**ORDER OF DISMISSAL**

    This case was opened when plaintiff wrote a letter to the Court regarding prison conditions.  In an effort to protect his rights, it was filed as a new case.  Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so.  He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application.  A copy of the Court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

    Plaintiff has filed a notice that he did not intend to initiate an action and seeks to dismiss this case.  This case is therefore **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(a).  No fee is due.  The clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: July 29, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE DOUGLAS CARLYLE,

    Plaintiff,

  v.

,

    Defendant.

Case No. 15-cv-01936-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Douglas Carlyle ID: T03784
California Health Care Facility
P.O. Box 32290
Stockton, CA 95213

Dated: July 29, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO