UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE DOUGLAS CARLYLE,

    Plaintiff,

  v.

,

    Defendant.

Case No. 15-cv-01936-JD

**JUDGMENT**

Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against plaintiff.

**IT IS SO ORDERED.**

Dated: July 29, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE DOUGLAS CARLYLE,

    Plaintiff,

  v.

,

    Defendant.

Case No. 15-cv-01936-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Douglas Carlyle ID: T03784
California Health Care Facility
P.O. Box 32290
Stockton, CA 95213

Dated: July 29, 2015

Richard W. Wieking
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2